UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re:  Carol Tiebout                              :                    Case #: 07-56549

                                                   :                    Chapter 13

                                                   :                    Judge Hoffman Jr.

**NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS**

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: September 9, 2010                          /s/ Frank M. Pees_____
                                                  Frank M. Pees
                                                  Chapter 13 Trustee

Name and Address                                  Amount
Xpress Payday Loan                                $5.75
116 W. High Street
London, OH  43140